IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RODERICK HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO: 4-13-cv-528(CDL) |
| v. | ) | |
| | ) | |
| B & B PRECAST & PIPE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

COMES NOW Defendant, B&B PRECAST & PIPE, LLC, and hereby responds to Plaintiff's *Motion for Reconsideration* with respect to the Court's ruling on the Plaintiff's response to *Defendant's Designation of Deposition Testimony of Dr. Sung K. Chang which may be used at Trial*.

On August 12, 2014, Defendant designated certain testimony Defendant wishes to play at trial from the deposition of Dr. Sung K. Chang. Part of that testimony included a colloquy between counsel in which counsel for Plaintiff gets frustrated with Defendant's counsel's objections to his questions:

Mr. Gower: That's all right. I give up. That's all. Go home, Doctor.

Mr. Medlin: Perhaps --

Mr. Gower: You've had – you – I don't mean to be ugly, but you've been here long enough. And we've indulged your time enough. And I thank you very much.

(Deposition of Dr. Sung Chang, Pg. 97, Ln. 15-21).

The Court having reviewed the deposition testimony as well as Plaintiff's request that additional sections be played prior to this colloquy for the purpose of context, the Court entered a text only Order on August 19, 2014 ruling that the colloquy set forth above should be excluded. Defendant agrees with the Court's ruling on this issue.

This colloquy between attorneys and Plaintiff's counsel's commentary to the deponent is not relevant testimony for the jury to consider. Under the Federal Rules of Evidence, evidence is relevant if:

> (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and
>
> (b) the fact is of consequence in determining the action.
>
> Fed. R. Evid. 401.

This colloquy and commentary by Plaintiff's counsel to the deponent is not relevant to any issue in this case, and Defendant agrees with the Court and hereby withdraws its designation of that testimony (Deposition of Dr. Sung Chang, Pg. 97, Ln. 15-21) for use at trial.

Respectfully submitted, this 3rd day of September, 2014.

*/s/ Charles M. Medlin*_____
CHARLES M. MEDLIN
Georgia Bar No. 500688
cmm@boviskyle.com
*Attorneys for Defendant*

BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
Tel:   (770) 391-9100
Fax:   (770) 668-0878

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the within and foregoing by electronically filing the same using the Court's CM/ECF electronic filing system:

Austin Gower, Esq.
David T. Rohwedder, Esq.
Charles A. Gower, P.C.

Respectfully submitted this 3rd day of September, 2014.

*/s/ Charles M. Medlin*_____
CHARLES M. MEDLIN
Georgia Bar No. 500688
*Attorneys for Defendant*

BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
Tel: (770) 391-9100