

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODERICK HENDERSON,

    Plaintiff,

-vs-                                  CASE NO. 4:13-CV-528 (CDL)

B&B PRECAST & PIPE, LLC,

    Defendant.

---

## SPECIAL VERDICT FORM

Do you find from a preponderance of the evidence:

1.    That the Defendant's agent, Clifford Tozier, was negligent and that such negligence was a legal cause of damage to the Plaintiff?

    Answer Yes or No   **YES**

IF YOU ANSWERED "NO" TO QUESTION 1, YOU NEED NOT ANSWER THE REMAINING QUESTIONS. YOUR FOREPERSON SHOULD SIGN AND DATE THE JURY VERDICT FORM AND INFORM THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.

IF YOU ANSWERED "YES" TO QUESTION 1, YOU SHOULD GO TO QUESTION 2.

2. That the Plaintiff also was negligent and that such negligence was a legal cause of the Plaintiff's own damage?

Answer Yes or No __YES__

IF YOU ANSWERED "NO" TO QUESTION 2, YOU SHOULD GO TO QUESTION 4.

IF YOU ANSWERED "YES" TO QUESTION 2, YOU SHOULD GO TO QUESTION 3.

3. If you answered "Yes" to Question Two, what proportion or percentage of the Plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

Answer in Terms of Percentages

The Defendant's agent Clifford Tozier __50__%

The Plaintiff __50__%

Note: The total of the percentages given in your answer should equal 100%.

GO TO QUESTION 4.

4. If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages caused by the wreck involving the Defendant's agent Clifford Tozier (without adjustment by application of any percentages you may have given in answer to Question Three)?

    (a)    Past Medical and hospital expenses,

            $_____

    (b)    Future Medical and hospital expenses,

            $_____

    (c)    Property damage to truck,

            $_____

    (d)    Mental and/or physical pain and suffering, past and future

            $_____

SO SAY WE ALL.

_____
Foreperson

DATED: __9/19/2014__