IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODERICK HENDERSON, | * |
| Plaintiff, | * |
| v. | * Case No. 4:13-cv-00528-CDL |
| B & B PRECAST & PIPE LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 2, 2014, and the jury verdict dated September 19, 2014, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 23rd day of September, 2014.

William E. Tanner, Clerk

s/ Terrie L. Potts, Deputy Clerk

Approved by:

s/Clay D. Land
CLAY D. LAND
United States District Judge